UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARVESTER JAMES JOHNSON, <br> Plaintiff, <br> v. <br> MAGUIRE CORRECTIONAL FACILITY, <br> Defendant. | Case No. 18-cv-01999-WHO (PR) <br><br> **ORDER OF DISMISSAL** |

This federal civil rights action will be dismissed as duplicative of another pending action, *Johnson v. Harris*, 17-cv-04053-WHO (PR). The allegations and defendants are identical in both suits, with the exception that Johnson now adds two more defendants (Diana Stanton and Nathan Chow). If Johnson wishes to pursue claims against Stanton and Chow, he must file an amended complaint in 17-cv-04053-WHO containing such claims.

This suit is DISMISSED.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 25, 2018

_____
WILLIAM H. ORRICK
United States District Judge